IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE UNITED STATES OF AMERICA
and THE STATE OF TEXAS
 ex. rel. ROBERT SPENCE, MIKE JONES
and CHERYL JONES

    Plaintiffs

vs.                              CIVIL ACTION NO. 4:12-cv-487

IRVING HOLDINGS, INC d/b/a YELLOW CAB
and BUSINESSEXEC SEDAN SERVICE; et. Al.

    Defendants

## ORDER GRANTING PLAINTIFFS'/RELATORS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    This day came to be considered Plaintiffs'/Relators' Notice of Voluntary Dismissal Without Prejudice, and the Court finds that this action should be dismissed WITHOUT PREJUDICE to Plaintiffs'/Relators rights to refile same at any time.

    IT IS, THEREFORE ORDERED that the Complaint in the above entitled cause should be and is hereby dismissed WITHOUT PREJUDICE to the rights of Plaintiffs/Relators to refile same at any time.

    All relief not previously granted is hereby denied.

    The Clerk is directed to close this civil action.

    SIGNED this 5th day of May, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE